FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Carl Alonzo Brooks,<br><br>                    Plaintiff,<br><br>    v.<br><br>Michael D. Anderson,<br><br>                    Defendant. | No.  4:21-cv-05144-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

On November 18, 2021, the Court instructed Plaintiff Carl Alonzo Brooks, currently incarcerated at the Coyote Ridge Corrections Center and proceeding *pro se,* to either pay the applicable filing fee of $402.00 (a $350.00 filing fee plus a $52.00 administrative fee) to commence this action or properly request leave to proceed *in forma pauperis.* ECF No. 4 at 2. Specifically, the Court directed Plaintiff to submit a signed Declaration and Application to Proceed *In Forma Pauperis*, along with a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding October 20, 2021. *Id.* The deadline to comply with that Order was December 17, 2021.

Rather than comply with the Court's directive, Plaintiff submitted a "Second Supplement to Affidavit for the Determination of Probable Cause," ECF No. 5, a

"Third Supplemented Affidavit for the Determination of Probable Cause," ECF No. 6, and a "Fourth Supplemental Affidavit for the Determination of Probable Cause," ECF No. 7. These documents are not responsive to the Court's instructions. Therefore, for the reasons provided here and, in the Court's previous order, ECF No. 4, this action is dismissed.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

3. The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 21st day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge